# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:19-cv-00532-RJC-DSC

| | |
|---|---|
| **LUIS MORENO**, individually and on behalf of similarly situated persons, | ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **PRAIRIE PIZZA INC.** | ) |
| **d/b/a "Domino's",** | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION TO STAY PENDING MEDIATION

The Parties having agreed pursuant to the Joint Motion to Stay Pending Mediation for purposes of pursing settlement and other good cause appearing:

**IT IS HEREBY ORDERED** that this litigation (including Defendant's deadline to answer or otherwise respond to the Complaint) is **STAYED** for 120 days from the date of this Order, and that the parties shall submit a status report on or before that date.

**IT IS FURTHER ORDERED** that all further agreements between the Parties set forth in the Joint Motion to Stay Pending Mediation are **APPROVED** and it is **ORDERED** that the Parties shall adhere thereto subject to further order of the Court.

**SO ORDERED**.

Signed: January 10, 2020

David S. Cayer
United States Magistrate Judge