# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:19-cv-00532-RJC-DSC

| | |
|---|---|
| **LUIS MORENO**, individually and on behalf of similarly situated persons, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **PRAIRIE PIZZA INC.** d/b/a "Domino's", | ) ) ) ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION TO STAY PENDING MEDIATION

The Parties having agreed pursuant to the Joint Motion to Stay Pending Mediation for purposes of pursuing settlement and for other good cause appearing,

**IT IS HEREBY ORDERED** that this litigation (including Defendant's deadline to answer or otherwise respond to the Complaint) is **STAYED** until August 5, 2020 <u>and that the parties shall submit a status report on or before that date</u>.

**SO ORDERED**.

Signed: May 5, 2020

_____
David S. Cayer
United States Magistrate Judge