**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| **LUIS MORENO,** individually and on behalf of similarly situated persons, <br><br> Plaintiff, <br><br> **v.** <br><br> **PRAIRIE PIZZA, INC.** <br> **d/b/a "Domino's",** <br><br> Defendants. | **Case No. 3:19-cv-532** <br><br> **Jury Demanded** |

## <u>NOTICE OF SUPPLEMENTAL FILING</u>

Plaintiff Luis Moreno, by and through the undersigned counsel, hereby files this Notice of Supplemental Filing and attaches hereto as **Exhibit A** the declaration of Jay Forester, attorney for Plaintiff and the proposed class. Mr. Forester's declaration was erroneously not filed with the Parties' Memo in Support of Joint Motion for Preliminary Approval of Settlement (Dkt. No. 16-1), where it is named as an Exhibit. The declaration is attached hereto for the Court's consideration with regard to the Parties' Motion and Memo.

Respectfully submitted,

*/s/ Jake Modla*
**Jake Modla** (Bar No: 17534)
The Law Offices of Jason E. Taylor P.C.
454 S Anderson Rd., Suite 303
Rock Hill, SC 29730
Telephone: 803-328-0898
jmodla@jasonetaylor.com

**\*J. FORESTER**
Texas Bar No. 24087532
**FORESTER HAYNIE, PLLC**
400 N. St. Paul Street, Suite 700

Dallas, Texas 75201
(214) 210-2100 phone
jay@foresterhaynie.com
*pro hac vice* application forthcoming

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The foregoing document was filed electronically and will be served on all counsel of record via the Court's ECF System.

*/s/ Jake Modla*
**Jake Modla**