

# Moreno v. Prairie Pizza

### Status Report as of June 21, 2021

**Important Dates**

| | |
|---|---|
| Claim Deadline | June 2, 2021 |
| Exclusion Deadline | June 2, 2021 |
| Objection Deadline | June 2, 2021 |
| Final Fairness Hearing | July 20, 2021 |

**Mail Received Summary**

| Code | Description | Count | Percent of Total |
|---|---|---|---|
| ACCO | Address Correction Correspondence | 4 | 0.098% |
| ACPO | Address Correction Post Office | 2 | 0.049% |
| ACTU | Address Correction Trans Union | 473 | 11.562% |
| OPT | Request for Exclusion | 2 | 0.049% |
| RFND | Return For Non-Delivery | 61 | 1.491% |
| OBJ | Objections | 0 | 0.000% |
| | Total Notices Mailed | 4,091 | |

**Claims Received Summary**

| Description | Count | Percent of Total |
|---|---|---|
| Claims Processed | 798 | 19.506% |
| Claims Not Processed | 0 | 0.000% |
| Total Claims Received | 798 | 19.506% |

**Claims Processed Summary**

| Code | Description | Count | Percent of Total |
|---|---|---|---|
| C000 | Valid Claim | 783 | 19.140% |
| DLAT | Late Claim | 6 | 0.147% |
| DMTP | Multiple Deficiencies | 1 | 0.024% |
| DXSN | SSN Does Not Match | 8 | 0.196% |
| | Total Claims Processed | 798 | 19.506% |
| | Total Notices Mailed | 4,091 | |